# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**DETERRIUS LAMONT WILSON**  PETITIONER
**ADC # 148279**

VS.  NO. 5:19-CV-00134-BRW-JTR

**DEXTER PAYNE, Director,**
**Arkansas Department of Correction**  RESPONDENT

## ORDER

I have reviewed the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray (Doc. No. 22) and the filed objections (Doc. No. 23. After carefully considering these documents and making a *de novo* review of the record in this case, I approve and adopt the Recommended Disposition in all respects. Judgment will be entered accordingly.

Accordingly, the Petition and Amended Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254 (Doc. No. 1, 3) are DENIED, and this case is DISMISSED with prejudice.

A Certificate of Appealability is DENIED. *See* 28 U.S.C. § 2253(c); Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts.

IT IS SO ORDERED this 9th day of December, 2019.

<u>Billy Roy Wilson</u>_____
UNITED STATES DISTRICT JUDGE