UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DETERRIUS LAMONT WILSON**                                                          **PETITIONER**
**ADC # 148279**

VS.                       NO. 5:19-CV-00134-BRW-JTR

**DEXTER PAYNE, Director,**
**Arkansas Department of Correction**                                                **RESPONDENT**

## JUDGMENT

Based on the Order entered today, Petitioner Deterrius Lamont Wilson's petition and amended petition for habeas corpus are DISMISSED, WITH PREJUDICE.

IT IS SO ORDERED this 9th day of December, 2019.

                                                    Billy Roy Wilson_____
                                                    UNITED STATES DISTRICT JUDGE